162 F.3d 1151
 Richard Haefner, Dr., Richard Haefner, Dr., Ph.D.
v.
County of Lancaster, Pennsylvania, Lancaster County Children
and Youth Social Services Agency, Crystal Gringrich, Larry
Phillips, City of Lancaster, Pennsylvania, Lancaster County
Police Department, Fulton Shelter of Boys and Girls Club of
Lancaster, Pennsylvania, Bill Veitch, Terri Wentling,
Lancaster County Victim Witness Services, Chincoteague,
Virginia Police Department, Coby's Group Home, Ed Buch, Kevin
 NO. 97-1654
 United States Court of Appeals,
Third Circuit.
 June 19, 1998
 Appeal From: E.D.Pa. ,No.94cv03366
 
 1
 Affirmed.